**Max Alexander SOFFAR,**
**Petitioner–Appellant,**

v.

**Gary L. JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellee.**

No. 98–20385.

United States Court of Appeals,
Fifth Circuit.

May 31, 2001.

James Howard Schropp (argued), Fried, Frank, Harris, Shriver & Jacobson, Washington, DC, C. Henry Kollenberg, Crain, Caton & James, Houston, TX, for Petitioner–Appellant.

Christina Thompson (argued), Austin, TX, for Respondent–Appellee.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc filed by Gary L. Johnson, and a majority of the judges in active service having voted in favor of granting the rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.